September 9, 1976.

M. P. No. 75-5. BRIER MANUFACTURING COMPANY *v.* JOHN H. NORBERG, *Tax Administrator.* Motion of plaintiff for an extension of time to file its memorandum in opposition granted. Paolino, J. did not participate. *Isidore Paisner,* for plaintiff. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Special Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for defendant.

